# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Richard Fowler,

Plaintiff(s),

v.

Abbott Laboratories Inc. and AbbVie Inc.,

Defendant(s).

Case No. 14 C 4438
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

  which ☐ includes        pre–judgment interest.
        ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment entered dismissing the case with prejudice in accordance with the 5/15/2015 order.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☒ tried by Judge Matthew F. Kennelly without a jury and the above decision was reached.
☐ decided by Judge      on a motion      .

Date: 5/15/2015                    Thomas G. Bruton, Clerk of Court

                                   Lakisha C. Williams, Deputy Clerk